Christianne Edlund
2425 N. Central Expwy
Suite 200
Richardson, Texas 75080
Texas State Bar No. 24072803
F: 972-931-0124
christianne.edlund@mullinlawpc.com
T: 972-931-0022

Counsel for Plaintiff MD Propertyco, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MD Propertyco, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Mad Dog Saloon AZ, L.L.C., an Arizona limited liability company; Boulder Junction-Greenfield, Inc., a Wisconsin corporation; and Thomas Lalicata, an adult individual,<br><br>Defendants. | No. _____<br><br>**CV-12-02516-PHX-LOA**<br><br>COMPLAINT |

DATED this 21st day of November, 2012.

_____
Christianne Edlund
Counsel for Plaintiff MD Propertyco, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MD Propertyco, LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Mad Dog Saloon AZ, L.L.C., an Arizona limited liability company; Boulder Junction-Greenfield, Inc., a Wisconsin corporation; and Thomas Lalicata, an adult individual, <br><br> Defendants. | No. _____ <br><br><br> **COMPLAINT** |

Plaintiff MD Propertyco, LLC, by way of Complaint against Defendants Boulder Junction-Greenfield, Inc.; Mad Dog Saloon AZ, L.L.C.; and Tom Lalicata alleges as follows:

### THE PARTIES

1.  Plaintiff MD Propertyco, LLC ("MD Propertyco") is a Texas limited liability company with a principal business address at 4714 Shavano Oak, San Antonio, Texas 78249.

2.  Defendant Boulder Junction-Greenfield, Inc. ("Boulder") is a Wisconsin corporation with a principal business address at 4395 S. 76th Street, Milwaukee, Wisconsin 53220. Upon information and belief, Boulder is the owner of a restaurant/ bar located at 6th Street, Milwaukee, Wisconsin 53220.

3.  Defendant Mad Dog Saloon AZ, L.L.C. ("Mad Dog Saloon") is an Arizona limited liability company with a principal business address at 1860 S. Stapley Drive, Mesa, Arizona 85204. Upon information and belief, Mad Dog Saloon is the owner of a restaurant/bar located at 1860 S. Stapley Drive, Mesa, Arizona 85204.

4.  Defendant Tom Lalicata ("Lalicata"), is an adult individual with an address at 13485 W. Sun Valley Drive, New Berlin, Wisconsin 53151. Upon in formation and belief, Lalicata is the owner and president of Boulder and Mad Dog Saloon.

## JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 because this action arises under the Lanham Act, 15 U.S.C. § 1051, *et seq*. This Court has supplemental jurisdiction over MD Propertyco's state law claims under 28 U.S.C. § 1367. This Court also has subject matter jurisdiction under 28 U.S.C. § 1332 as the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

6.  Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to MD Propertyco's claims occurred in Arizona.

## FACTS

7.  Plaintiff MD Propertyco has registered or applied for the following marks on the Principal Register of the U.S. Patent and Trademark Office ("MAD DOGS® Marks"):

| Trademark | USPTO Registration Information |
|---|---|
| **MAD DOGS** (standard character) | U.S. Registration No. 2625310 Services: pub-style bar and restaurant services. |
| [Mad Dogs circular logo] | U.S. Registration No. 3184142 Services: Clothing namely, shirts, T-shirts, sweatshirts, jackets, ties and headwear. |
| [MadDogs script logo] | U.S. Registration No. 3189700 Services: Clothing namely, shirts, T-shirts, sweatshirts, jackets, ties and headwear. |
| **MAD DOGS** (standard character) | U.S. Registration No. 3268189 Services: clothing namely, shirts, T-shirts, sweat shirts, jackets and head wear. |
| [MadDogs British Pub logo] | U.S. Serial No. 85669029 Services: Bar services; Restaurant services. |
| [Mad Dogs circular logo] | U.S. Serial No. 85669033 Services: Bar services; Restaurant services. |

8. MD Propertyco licenses to MD BEVCO, Inc. and MD Franchise, LLC, the right to use and franchise the operation of restaurants featuring imported beer, British food alongside salads, sandwiches, steaks and burgers, and related food and drink items under the MAD DOGS® Marks and business system.

9. Since 1995, MD BEVCO, Inc. and its affiliate companies have owned and operated a restaurant/ bar under the MAD DOGS® Marks and business system located at 123 Losoya Street, San Antonio Texas, 78205 ("Mad Dogs Restaurant").

10. Located in the heart of the San Antonio Riverwalk, one of San Antonio's prominent tourist attractions, the Mad Dogs Restaurant has been voted the "People's Choice" for Entertainment on the Riverwalk and has served thousands of customers from all over the United States.

11. MD Franchise, LLC is actively franchising right to develop additional restaurants under the MAD DOGS® Marks and business system throughout the United States.

12. MD Propertyco and its affiliate companies have continuously used the MAD DOGS® Marks in interstate commerce since 1995, has expended considerable sums promoting and advertising the MAD DOGS® Marks in connection restaurant and bar services, and has developed a most valuable and closely-guarded reputation.

13. In or around August 2010, MD Propertyco discovered that Boulder and Lalicata were operating a restaurant/ bar located at 6th Street, Milwaukee, Wisconsin 53220 ("Wisconsin Restaurant") under the nearly-identical trade name "MAD DOG SALOON" and the following logo:  ("Bulldog Logo").

14. Accordingly, on August 4, 2010, MD Propertyco sent Lalicata a cease and desist letter notifying Lalicata of MD Propertyco's rights in the MAD DOGS® Marks and demanding that he and his company cease use of the "MAD DOG SALOON" trade name and the Bulldog Logo and any other names or logos that were confusingly similar to the MAD DOGS® Marks.

15. In a letter dated August 13, 2010, Lalicata's attorney provided MD Propertyco a

one-paragraph response to MD Propertyco's cease and desist letter in which he stated that the depiction of the two logos are "somewhat different" and that the logo is a "generalized depiction that is common in the media business, and advertising settings," and as such, in his opinion, the use of "MAD DOG SALOON" and the bulldog logo did not rise to the level of infringement.

16. Despite having constructive notice of MD Propertyco's superior rights in the MAD DOGS® Marks and the outstanding issues of infringement, Boulder and Lalicata continued to operate the Wisconsin Restaurant under the "MAD DOG SALOON" trade name and Bulldog Logo.

17. Further, in or around August 2011, Lalicata, under his company, Mad Dog Saloon, opened a second restaurant in Arizona under the same "MAD DOG SALOON" trade name and Bulldog Logo and located at located at 1860 S. Stapley Drive, Mesa, Arizona 85204 ("Arizona Restaurant").

18. Upon discovery of the development of the second restaurant, MD Propertyco sent Defendants another cease and desist letter on June 21, 2012 and demanded that they immediately cease use of the MAD DOGS® Marks, or any other names and/or logo confusingly similar to the Marks belonging to MD Propertyco at both the Wisconsin and Arizona Restaurants.

19. In a letter dated August 30, 2012, Defendants responded to MD Propertyco rejecting the assertion of likelihood of confusion.

20. On or about September 18, 2012, MD Propertyco replied to Defendants, providing numerous examples and case law to support its trademark infringement and likelihood of

confusion arguments.

21.  In a letter dated October 12, 2012, Defendants responded to MD Propertyco, again denying that Defendants use of the "MAD DOG SALOON" trade name and bulldog logo is likely to cause confusion with the MAD DOGS® Marks.

22.  Defendants continue to operate both the Wisconsin and Arizona Restaurants under the "MAD DOG SALOON" trade name and  logo, which MD Propertyco contends are confusingly similar to its registered MAD DOGS® Marks, including the  logo.

## COUNT ONE
## FEDERAL TRADEMARK INFRINGEMENT
## (15. U.S.C. § 1114 and §1117)

23.  MD Propertyco realleges and incorporates by reference the allegations contained in paragraphs 1 through 22 above as if fully set forth herein.

24.  MD Propertyco is the owner of the MAD DOGS® Marks, as noted in paragraphs 7 and 8 above.

25.  Defendants' use of the "MAD DOG SALOON" trade name and the Bulldog Logo is likely to cause confusion, or to cause mistake, or to deceive customers with the MAD DOGS® Marks.

26.  MD Propertyco has not consented to Defendants' use of the MAD DOGS® Marks

or any confusingly similar marks.

27. Defendants had actual or constructive knowledge of MD Propertyco's trademark rights prior to using, or continuing to use, confusingly similar marks.

28. Defendants' use of "MAD DOG SALOON" and the Bulldog Logo constitutes trademark infringement in violation of 15 U.S.C. § 1114.

29. The willful and intentional nature of Defendants' trademark infringement makes this an exceptional case pursuant to 15 USC § 1117(a).

30. As a result of this trademark infringement, MD Propertyco has suffered damages in an amount to be determined at trial.

31. As a result of this trademark infringement, MD Propertyco has also suffered irreparable injury to its business, reputation, and goodwill. MD Propertyco will continue to suffer irreparable injury unless Defendants' misconduct is enjoined by the Court.

### COUNT TWO
### <u>FALSE DESIGNATION OF ORIGINA AND UNFAIR COMPETITION</u>
### <u>28 U.S.C. § 1125</u>

32. MD Propertyco realleges and incorporates by reference the allegations contained in paragraphs 1 through 31 above as if fully set forth herein.

33. The unauthorized use of "MAD DOG SALOON" and the Bulldog logo at the Wisconsin and Arizona Restaurants is likely to cause the public to believe, erroneously, that the Wisconsin and Arizona Restaurants are associated with, sponsored by, or endorsed by MD Propertyco.

34. The operation and competition by Defendants with MD Propertyco through infringement of the federally-registered MAD DOGS® Marks in connection with

restaurant services constitutes a false designation of origin under 15 U.S.C. § 1125(a).

35. Defendants' operation and competition with MD Propertyco through infringement of the federally-registered MAD DOGS® Marks constitutes unfair competition under 15 U.S.C. § 1125(a).

36. Defendants' acts of unfair competition are willful and entitle MD PRopertyco to recover damages, attorneys' fees, and costs pursuant to 15 U.S.C. §1117.

37. As a result of Defendants' conduct, MD Propertyco has also suffered irreparable injury to its business, reputation, and goodwill. MD Propertyco will continue to suffer irreparable injury unless Defendants' misconduct is enjoined by the Court.

## COUNT THREE
## UNFAIR COMPETITION – ARIZONA LAW

38. MD Propertyco realleges and incorporates by reference the allegations contained in paragraphs 1 through 37 above as if fully set forth herein.

39. Defendants' acts complained of herein constitute unfair competition under the laws of the State of Arizona.

40. Defendants have been unjustly enriched and have damaged MD Propertyco's business, reputation, and goodwill.

41. Upon information and belief, Defendants' acts were intentional, wanton, willful, and committed in bad faith and with the intent to confuse and deceive the public.

42. Defendants' acts have caused MD Propertyco irreparable harm for shich there is no adequpate remedy at law and MD Propertyco is entitled to damages, attorneys' fees and costs.

## PRAYER FOR RELIEF

43. For these reasons, MD Propertyco asks for judgment against Defendants for the following:

(1) Enjoining Defendants, and all of their officers, directors, employees, agents, and representatives, from (a) using any of the MAD DOGS® Marks or any trademark and/or logo that is confusingly similar to any of the MAD DOGS® Marks, including "MAD DOG SALOON" and the Bulldog Logo; (b) committing any act likely to confuse or to deceive consumers into believing that there is some connection between Defendants and MD Propertyco; or (c) representing to consumers, directly or indirectly, that any images depicting the MAD DOGS® Marks or confusingly similar marks, can be used without permission from MD Propertyco or without paying royalties to MD Propertyco;

(2) Ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon MD Propertyco within 30 days after entry of the injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction and implemented adequate and effective means to discontinue use of the "MAD DOG SALOON" trade name, Bulldog Logo, and any other marks that are confusingly similar to the MAD DOGS® Marks;

(3) Ordering Defendants, pursuant to 15 U.S.C. § 1118, to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in Defendants' possession bearing the "MAD DOG SALOON" trade name, Bulldog Logo, and any other confusingly similar marks;

(4) Ordering Defendants to account for and disgorge to MD Propertyco all of the profits realized by Defendants, or others acting in concert or participating with Defendants, resulting from Defendants' misconduct as alleged herein;

(5) Awarding MD Propertyco compensatory damages, plus interest, in an amount to-be-determined;

(6) Awarding MD Propertyco three times Defendants' profits from their intentional use of infringing makrs, or three times MD Propertyco's damages, whichever is greater, together with its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b);

(7) Allowing MD Propertyco to recover the costs of this action plus interest;

(8) Granting MD Propertyco such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Christianne Edlund*

Christianne Edlund
State Bar No. 24072803
Cheryl L. Mullin
State Bar No. 24037807
Mullin Law, PC
2425 N. Central Expy., Suite 200
Richardson, Texas 75080
T: 972-931-0022
F: 972-931-0124

Counsel for Plaintiff
MD Propertyco, LLC